

CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600 / Fax: (516) 767-3605
Owen F. Duffy (OD-3144)
Timothy Semenoro (TS-6847)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

EUROPEAN DIESEL SERVICES, LTD.,

           Plaintiff,

v.

M/V BART ROBERTS, her engines, boiler, tackle,
etc., *in rem*; and TRANSCROFT LIMITED,
RKM YACHT DEVISION, and RKM TRADING,
*in personam*,

           Defendants.
-----------------------------------------------------------X

07 CV 7036



RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiff EUROPEAN DIESEL SERVICES, LTD., certifies that there are no corporate parents, or related companies, which are publicly held in the United States.

Dated: Port Washington, New York
      August 6, 2007

                              CHALOS, O'CONNOR & DUFFY, LLP
                              Attorneys for Plaintiff

          By: _____
                          Owen F. Duffy (OD-3144)
                          Timothy Semenoro (TS-6847)
                          366 Main Street
                          Port Washington, New York 11050
                          Tel: (516) 767-3600 / Fax: (516) 767-3605