USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 1 2 2007

SWAIN, S.

CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff
European Diesel Services, Ltd.
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600
Fax: (516) 767-3605
Owen F. Duffy (OD-3144)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EUROPEAN DIESEL SERVICES, LTD.,

                Plaintiff,

      v.

M/V BART ROBERTS, her engines, boilers, tackles,
etc., *in rem*; and TRANSCROFT LIMITED,
RKM YACHT DEVISION, and RKM TRADING,
*in personam*,

                Defendant.
------------------------------------------------------------X

07 Civ. 7036 (LTS)

**NOTICE OF
VOLUNTARY
DISMISSAL**

      PLEASE TAKE NOTICE that the above-entitled action is hereby voluntarily dismissed without prejudice by Plaintiff, EUROPEAN DIESEL SERVICES, LTD., as to all of the Defendants, M/V BART ROBERTS, her engines, boilers, tackles, etc., *in rem*; and TRANSCROFT LIMITED, RKM YACHT DEVISION, and RKM TRADING, *in personam*, pursuant to Rule 41(a)(1) of the Rules of Civil Procedure for the United States District Courts. Defendants have not appeared, answered, or filed a motion for summary judgment in this action. No costs are to be assessed to any party.

Dated: Port Washington, New York
       September 6, 2007

                                      CHALOS, O'CONNOR & DUFFY LLP
                                      Attorneys for Plaintiff,
                                      EUROPEAN DIESEL SERVICES, LTD.

                         By:    _____
                                      Owen F. Duffy (OD-3144)
                                      366 Main Street
                                      Port Washington, New York 11050
                                      Tel:    516-767-3600
                                      Telefax: 516-767-3605

**SO ORDERED:**

Dated: New York, New York
       September 10, 2007

                                      _____
                                      Hon. Laura T. Swain, U.S.D.J.